# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAMONE L. TILLMAN,<br><br>            Plaintiff,<br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>            Defendants. | Case No. 2:23-cv-01835-BJR-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: March 8, 2024 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Theresa L. Fricke. Plaintiff, proceeding *pro se*, filed a proposed complaint on November 29, 2023. Dkt. 1. On November 29, 2023, the Clerk of the Court sent plaintiff a letter directing him to pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). Dkt. 2. The Clerk of the Court warned plaintiff that if he did not respond to the letter by December 29, 2023, the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of the Court's letter, has not filed an application to proceed IFP, and has not paid the filing fee. As plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION - 1

1 purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can
2 result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474
3 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
4 omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is
5 directed to set the matter for consideration on **March 8, 2024**, as noted in the caption.

Dated this 21st day of February, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge