UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAMONE L. TILLMAN,<br><br>                    Plaintiff,<br>      v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                    Defendants. | Case No. 2:23-cv-01835-BJR-TLF<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's action is DISMISSED without prejudice;
3. The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 29th day of March, 2024.

Barbara J. Rothstein
United States District Judge

ORDER - 1